# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDUL AL RAZZAQ MUHAMMAD SALIH, )
)
)
Petitioner, )
) Civil Case No. 08-1234 (RJL)
v. )
)
BARACK H. OBAMA *et al.*, )
)
Respondents. )
)

## ORDER

Upon consideration of the parties' recent filings and the record in this case, it is,

this 30 day of December, 2009, hereby

**ORDERED** that the Motion for Order for Increased Access to Petitioner [#24] is

**DENIED**, and it is further

**ORDERED** that the Government's Cross-Motion to Dismiss [#28] is **GRANTED**,

and that the above-captioned case be dismissed without prejudice due to failure to provide

necessary authorization.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge